> **Motion GRANTED conditioned upon the filing of waivers of speedy trial.**
>
> /s/ Judge Trauger

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES of AMERICA,      Case No: 3:13-00012
                                          JUDGE TRAUGER

vs.

**CHARLES JEFFREY EDWARDS et al.** /

**JOINT MOTION FOR CONTINUANCE OF MAY 7, 2013 TRIAL DATE**

     Comes Now the undersigned Counsel for Charles Jeffrey Edwards, Brenda Edwards and Jarrod Smith and respectfully petition this Honorable Court for a Continuance of the present May 7, 2013 trial date. In support the undersigned would show as follows:

     1. The Twenty Eight Count Indictment charges the defendants with participating in a significant scheme to commit fraud, money laundering and obstruction.

     2. The first trial setting in this case is May 7, 2013 so there have been no prior continuances.

     3. Due to the complexity of this case the Defendants cannot possibly be prepared for trial by that time. Trial is conservatively estimated to take anywhere from two weeks to a month. The volume of complicated discovery material to review and the large number of potential witnesses to interview are two of the primary reasons for the need for a continuance. Mrs. Edwards is just gaining her