UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. )          NO:  3:13-00012
)
JERROD NICHOLS SMITH )

ORDER ON
JERROD NICHOLS SMITH'S
REQUEST TO TRAVEL

The Request of Jerrod Nichols Smith for permission to travel is:     (DE# 207)

_ X _   GRANTED

_____ DENIED

Entered _____ 6/22/15 _____.                    _____
                                                                                    Judge Presiding  XXXXXXX  Aleta A. Trauger