# USA v. Edwards et al, 3:13-cr-00012

**Bruce C. Davis** to: tomk     12/11/2017 02:43 PM

Cc: Joe B Brown, Hugh Lawson, stephanie.toussaint, henry.leventis2, Melanie Beard, Matt Morgan

| | |
|---|---|
| From: | Bruce C. Davis/ARED/08/USCOURTS |
| To: | tomk@kendricklaw.com |
| Cc: | Joe B Brown/TNMD/06/USCOURTS@USCOURTS, Hugh Lawson/GAMD/11/USCOURTS@USCOURTS, stephanie.toussaint@usdoj.gov, henry.leventis2@usdoj.gov, Melanie Beard/ARED/08/USCOURTS@USCOURTS, Matt |

Dear Mr. Kendrick:

I am very pleased that you are doing well, and I trust that you will continue to do so for the foreseeable future.

At the same time, however, I have lined up a backup judge who can preside if, for some reason I cannot do it. Likewise, the U.S. Attorney's Office has two Assistant U.S. Attorneys, both of whom can try the case alone if the other can't do it.

I want you, or your client, to forthwith retain another lawyer who will be fully prepared and ready to try the case if, for some reason you can't do it (either before or during the trial).

If you and your client are not willing to do this, I will secure a backup counsel for you and, if I have the authority, I will direct you or your client (or both) to pay the backup lawyer.

Please advise me by noon CST on Wednesday, December 13, 2017, whether you are willing to do this.

Thank you.

Cordially,

Billy Roy Wilson